


Jointly Admin
2:10-bk-24919 SB

azb_3011-1 (4/17)

| Debtor: Ken Plein | Case No.: 2:10-bk-24921 |
|---|---|
| Joint Debtor: (if any) Mary Plein | Chapter: |

## APPLICATION FOR UNCLAIMED FUNDS

### 1. Claim Information

Application is hereby made for disbursement of the following previously unclaimed funds on deposit with the court for the benefit of the claimant named below.

| Amount: | 800 plus  I Think it is 830.00 |
|---|---|
| Claimant's Name: | Jeffrey L Andersen |
| Claimant's Address: (at time claim was made) | 531 Oak Ave S.E. St. Michael Mn 55376  *Provide documentation that Claimant resided or did business at this address. |
| Claimant's Current Address: (if different from above) | 22003 Gable Drive Osakis MN 56360 |
| Last 4 digits of Claimant's SSN or Complete EIN | 6592 |

### 2. Applicant Information

The applicant is:

- [✓] The individual claimant named above. Photo identification is attached.

- [ ] An individual authorized to act on behalf of the corporation, partnership, limited liability company, or other artificial entity named above. Documentation showing authority to make this application is attached.

- [ ] The legal representative of the claimant named above. An original, notarized power of attorney is attached, or, if the claimant is deceased, a certified copy of a letter of administration or probated will is attached.

- [ ] The successor in interest to the claimant named above. Documentation showing entitlement to the funds through sale, amendment, merger, or dissolution is attached.

- [✓] The payee's taxpayer information (Form W-9) is attached. No payment will be made unless a completed and signed Form W-9 is submitted with the application.

### 3. Service on United States Attorney

The undersigned understands that a copy of this application and supporting documentation must be sent to the United States Attorney at the following address:

> Office of the United States Attorney
> District of Arizona
> 2 Renaissance Square
> 40 North Central Avenue, Suite 1200
> Phoenix, AZ 85004

### 4. Declaration

<u>The undersigned declares, under penalty of perjury, that the information contained in this application and any accompanying documentation is true and correct.</u> I also understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $250,000, or imprisoned not more than 5 years if I have knowingly and fraudulently made any false statements in this document or provided false documentation as part of this application.

| | | |
|---|---|---|
| July 17, 2017 | *[signature]* | Jeffrey I Andersen |
| Date | Signature of Applicant | Printed Name of Applicant |
| | | |
| Date | Signature of Applicant | Printed Name of Applicant |

Phone: _____   Address: _____

Email: _____

### 5. Notarization

STATE OF __MINNESOTA__, COUNTY OF __DOUGLAS__

This 2-page Application for Unclaimed Funds, dated __7/18/17__, was subscribed and sworn to before me this __18__ day of __July__, 20__17__ by __Jeffrey L Andersen__, who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) RAFAEL AMBRIZ VAZQUEZ
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/18

*[signature]* Notary Public

My commission expires on: __Jan 31 2018__

File this application with the court at the following address:
UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
230 NORTH FIRST AVENUE #101
PHOENIX AZ 85003

Case 2:10-bk-24919-GBN    Doc 1502    Filed 07/24/17    Entered 07/27/17 15:55:45    Desc
aPPLICATION    Page 2 of 2