**ORDERED ACCORDINGLY.**

Dated: November 28, 2017



_George B. Nielsen, Bankruptcy Judge_
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| ) | |
| PLEIN ENTERPRISE, INC ) | Case No. 2:10-bk-24919-GBN |
| ) | |
| ) | ORDER FOR PAYMENT |
| ) | OF UNCLAIMED FUNDS |
| Debtor (s) ) | |

There having been a dividend check in the above-named case issued to Jeffrey L Andersen in the amount of $ 825.00 and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

On July 24, 2017, an application have been filed by claimant Jeffrey L Andersen in the amount as $ 800.00 plus.

IT IS ORDERED that the application is granted and the Clerk, U. S. Bankruptcy Court is ordered to pay Jeffrey L Andersen, unclaimed money in the amount of $ 825.00 which was held pursuant to 11 U.S. C. 347 (a) of the Bankruptcy Code.

SIGNED AND DATED ABOVE