ORDERED ACCORDINGLY.

FORM eunclmfd

Dated: June 8, 2018



*George B. Nielsen*
George B. Nielsen, Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

PLEIN ENTERPRISES, INC.
dba TRI–STAR REALTY
10323 W COGGINS DR
SUN CITY, AZ 85351
**SSAN:**
**EIN:** 86–0540171

Case No.: 2:10–bk–24919–GBN

Chapter: 7

Debtor(s)

### RENEWED ORDER APPROVING APPLICATION FOR UNCLAIMED FUNDS

For good cause,
IT IS HEREBY ORDERED that the application for unclaimed funds is APPROVED. The clerk may disburse funds in the amount of $850.00 to the applicant named below.

**Name of Claimant:**
Edward & Susan Doolittle

**Applicant's Name and Address:**
Edward & Susan Doolittle
c/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065–9216
(check will be sent to this address)

The court's financial records indicate that funds in the amount listed above are being held for the claimant named above.

Date: 6/6/18        Deputy Clerk: S. Bennink