| | ORDERED ACCORDINGLY. |
|---|---|
| FORM eunclmfd | Dated: November 4, 2022 |



_____
**Brenda K. Martin, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:10–bk–24919–BKM

PLEIN ENTERPRISES, INC.  Chapter: 7
dba TRI–STAR REALTY
10323 W COGGINS DR
SUN CITY, AZ 85351
SSAN:
EIN: 86–0540171

Debtor(s)

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On November 02, 2022, an application was filed for the Claimant(s), Dilks & Knopik, LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $1,172.39 (1,100.00+$72.39) held in the unclaimed funds be made payable to the Claimant(s) **Dilks & Knopik, LLC** and be disbursed at the following address:

**DILKS AND KNOPIK, LLC**
**35308 SE CENTER STREET**
**SNOQUALMIE, WA 98065**


Date: 11/4/22